# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY S. MOORE,<br><br>                                   Plaintiff,<br>   v.<br>CITY OF SAN MARCOS, et al.,<br><br>                                   Defendants. | Case No. 11cv00013 BTM(WVG)<br><br>**ORDER DISMISSING CASE** |

In an order filed on November 29, 2011, the Court ordered Plaintiff to either pay the filing fee or file a motion to proceed in forma pauperis on or before January 18, 2012. Plaintiff has not taken either of these actions.  Therefore, this case is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

DATED: January 25, 2012

_____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court